Steven Jay Rozan, Kuniansky & Rozan, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Marcus Leland Freeman, federal prisoner # 29129–077, appeals from the district court's denial of his motion for relief from his conviction and sentence, purportedly pursuant to FED.R.CRIM.P. 52(b). Freeman's appeal is "from the denial of a meaningless, unauthorized motion." *See* *United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994). Freeman's appeal is frivolous and is dismissed. *See* 5TH CIR. R. 42.2. Freeman, who is represented by counsel, is hereby warned that any further repetitious or frivolous attempts to circumvent statutory restrictions on filing second or successive 28 U.S.C. § 2255 motions to vacate, whether pursued by him pro se or

with the assistance of any other person (including any attorney) acting on his behalf, may result in the imposition of sanctions against him. These sanctions may include dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court and any court subject to this court's jurisdiction.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steve Tracy LOTT, Defendant–
Appellant.**

No. 04–11086.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

Jeffrey Robert Haag, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jerry V. Beard, Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defenders, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Court-appointed counsel for Steve Tracy Lott has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lott was informed of counsel's motion but did not file a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

